UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENNIS J. ROBINSON, | ) |
| | ) CASE NO. C13-5390-TSZ |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER AFFIRMING |
| | ) COMMISSIONER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, docket no. 21, Plaintiff's objections thereto, docket no. 22, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The Court AFFIRMS the decision of the Commissioner; and

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 11th day of March, 2014.

Thomas S. Zilly
United States District Judge

ORDER AFFIRMING COMMISSIONER
PAGE -1